AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. 3:24-cr-166-TJC-LLL |
| KEVIN KARL WILLS JR. | |

I, KEVIN KARL WILLS JR., the above-named defendant, who is accused of conspiring to solicit and receive kickbacks and to sell Medicare beneficiary identifying information as part of a scheme to fraudulently obtain Medicare reimbursements in violation of 42 U.S.C. § 1320a-7b(b)(2)(A) and (b)(4), in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
KEVIN KARL WILLS JR.
Defendant

_____
ELIZABETH L. WHITE
Counsel for Defendant

Before _____
           Judicial Officer